IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-3199-JLK**

**24 HOUR FITNESS, USA, INC., a California corporation d/b/a 24 HOUR FITNESS**,

    Plaintiff,

v.

**AARON BUTLER,**

    Defendant.

# ORDER OF DISMISSAL

Kane, J.

Having resolved the matter of sanctions, the above captioned action is **DISMISSED WITHOUT PREJUDICE**.

Dated this 9th day of January, 2013.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court